People of the State of Illinois, Defendant in Error, v. Frank Stoltz, Trading as Stoltz Motor Discount Company, Plaintiff in Error.

Gen. No. 41,666.

opinion filed May 19, 1941. Louis Levy, Lawrence E. Dowd and Ellis & Westbrooks, for plaintiff in error; Richard E. Westbrooks, of counsel; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."